IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL CLARENCE BAILEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:11CV590 |
| | § | |
| BAC HOME LOANS SERVICING, LP, | § | |
| f/k/a COUNTRYWIDE HOME LOANS | § | |
| SERVICING, LP AND n/k/a BANK OF | § | |
| AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 30, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment (Dkt. 56) be GRANTED in its entirety, that Plaintiff take nothing by his remaining claims in this matter, that each party should bear its own costs in this matter, and that the case be closed on the court's docket.

The court has made a *de novo* review of *pro se* Plaintiff's objections, as well as Defendant's response, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

1

Therefore, Defendant's Motion for Summary Judgment (Dkt. 56) is GRANTED in its entirety, Plaintiff shall take nothing by his remaining claims in this matter, and each party shall bear his or its own costs.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of March, 2014.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE